1  LYNN M. DEAN (Cal. Bar No. 205562)
   Email: deanl@sec.gov
2  MATTHEW T. MONTGOMERY (Cal. Bar No. 260149)
   Email: montgomerym@sec.gov
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
5  Alka N. Patel, Associate Regional Director
   Amy J. Longo, Regional Trial Counsel
6  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
7  Telephone: (323) 965-3998
   Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-cv-01515-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER ON DEFENDANT HANSON'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE SEC'S COMPLAINT** |
| vs. | |
| JOHN F. THOMAS [aka JOHN RODGERS, JONATHAN WEST, JOHN FRANK, and JOHN MARSHALL], THOMAS BECKER, DOUGLAS MARTIN, PAUL HANSON, DAMIAN OSTERTAG, EINSTEIN SPORTS ADVISORY, LLC, QSA, LLC, VEGAS BASKETBALL CLUB, LLC, VEGAS FOOTBALL CLUB, LLC, WELLINGTON SPORTS CLUB, LLC, WELSCORP, INC., and EXECUTIVE FINANCIAL SERVICES, INC. | |
| Defendants. | |

WHEREAS, the Securities and Exchange Commission ("SEC") arranged for the summons and complaint to be personally served on Defendant Paul Hanson on September 7, 2019; and

WHEREAS, Defendant Paul Hanson has requested an extension of time to answer or otherwise respond to the SEC's complaint;

NOW, THEREFORE, plaintiff SEC and defendant Paul Hanson hereby agree and stipulate that the deadline for Hanson to answer or otherwise respond to the SEC's complaint shall be October 7, 2019.

Dated: September 19, 2019

| SECURITIES AND EXCHANGE COMMISSION | PAUL HANSON |
|---|---|
| *Lynn M. Dean* | _____ |
| Lynn M. Dean | Paul Hanson |
| Matthew T. Montgomery | *Pro se Defendant* |
| *Counsel for Plaintiff Securities and Exchange Commission* | |

IT IS SO ORDERED.

Dated: September 23, 2019

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Presented by:
Lynn M. Dean
Matthew Montgomery
Attorneys for Plaintiff
Securities and Exchange Commission

2