# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff<br><br>v.<br><br>JOHN F. THOMAS, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-01515-APG-VCF<br><br>**Order (1) Setting Deadline to Move to Intervene and (2) Ordering Briefs Regarding Bankruptcy Proceeding** |

On January 15, 2020, the court received a letter from the Sarachek Law Firm indicating that its clients, Peter M. Hofmann, Hofmann Properties LLC, and Steven E. Tandlich, were initiating an involuntary bankruptcy petition against defendant Welscorp, Inc. ECF No. 63. The letter expressed an objection to any funds being released from the asset freeze currently in place in this case. *Id.* The Wellington Defendants, including Welscorp. Inc., move to strike the letter because the attorney who signed the letter is not licensed to practice in Nevada and did not file a verified petition to appear in this case. ECF No. 64. They also argue the individuals identified in the letter have not moved to intervene and thus have no basis to file documents in this case. It is unclear whether the Wellington Defendants delivered their motion to the Sarachek Law Firm.

I THEREFORE ORDER that if Peter M. Hofmann, Hofmann Properties LLC, or Steven E. Tandlich do not move to intervene in this action by March 3, 2020, I will grant the motion to strike.

I FURTHER ORDER that by March 6, 2020, the parties to this action shall advise the court what, if any, effect the bankruptcy proceeding *In re Welscorp, Inc.* (19-18056-abl) has on this case, including the pending motions.

I FURTHER ORDER the clerk of court to send a copy of this order to Joseph Sarachek at the following address:

    Joseph Sarachek
    Saracheck Law Firm
    101 Park Avenue, 27th Floor
    New York, NY 10178

I FURTHER ORDER the clerk of court to send a copy of this order to the bankruptcy trustee in *In re Welscorp., Inc.* at the following addresses:

    Lenard E. Schwartzer
    2850 S. Jones Blvd., #1
    Las Vegas, NV 89146

    U.S. Trustee - LV – 7
    300 Las Vegas Blvd., So., Ste. 4300
    Las Vegas, NV 89101

DATED this 11th day of February, 2020.

                              ANDREW P. GORDON
                              UNITED STATES DISTRICT JUDGE