**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiffs,

vs.

JOHN F. THOMAS, *et al.*,

              Defendants.

2:19-cv-01515-APG-VCF

**ORDER**

     Before the court are the Motion to Withdraw as Counsel of Record (ECF No. 69) and Motion to Withdraw Appearance (ECF No. 70).

     Accordingly,

     IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record (ECF No. 69) and Motion to Withdraw Appearance (ECF No. 70) is scheduled for 10:30 AM, April 17, 2020, in Courtroom 3D.

     IT IS FURTHER ORDERED that a managing agent, director, or officer of Einstein Sports Advisory, LLC, QSA, LLC, Vegas Basketball Club, LLC, Vegas Football Club, LLC, Wellington Sports Club, LLC, and Welscorp, Inc., must appear in person at the hearing scheduled for 10:30 AM, April 17, 2020, in Courtroom 3D.

     IT IS FURTHER ORDERED that John Thomas and Thomas Becker must appear in person at the hearing scheduled for 10:30 AM, April 17, 2020, in Courtroom 3D.

     IT IS FURTHER ORDERED that Mr. Crane M. Pomerantz must mail a copy of this order to John Thomas, Thomas Becker, and to a managing agent, director, or officer of Einstein Sports Advisory, LLC, QSA, LLC, Vegas Basketball Club, LLC, Vegas Football Club, LLC, Wellington Sports Club, LLC, and

Welscorp, Inc. Mr. Pomerantz must file his certificate of service on this order to his clients, on or before March 19, 2020.

        DATED this 13th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE