AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Securities and Exchange Commission,

        Plaintiff,

    v.

John F Thomas, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01515-APG-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Securities and Exchange Commission, and against Defendants, Douglas Martin and Damian Ostertag.

FURTHER ORDERED that defendant, Douglas Martin, is jointly and severally liable with co-defendant, Executive Financial Services, Inc., for disgorgement of $458,000.00, together with prejudgment interest thereon in the amount of $22,927.80, and separately liable for a civil penalty in the amount of $5,000.00. Martin shall satisfy this obligation by paying $485,927.80 to the SEC within 30 days.

FURTHER ORDERED that defendant, Damian Ostertag, is liable for disgorgement of $414,000.00, together with prejudgment interest thereon in the amount of $20,725.13, for a total of $434,725.13, and separately liable for a civil penalty in the amount of $5,000.00. Ostertag shall satisfy this obligation by paying $439,725.13 to the SEC within 30 days.

8/24/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk